IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAY 29 AM 10: 56

CLERK
SO. DIST. OF GA.

ERMA JEAN HOLLOWAY WEST    )
    )
vs.    )    CIVIL ACTION NO. 606-064
    )
LEWIS COLOR LITHROGRAPHERS    )

## O R D E R

The Court has reviewed the record in this matter. The complaint in this case was filed August 8, 2006. There has been no effort on behalf of the plaintiff to press this case forward after that date. The Court will not allow cases to remain on the active docket when it appears that nothing is being done to prosecute the issues to a timely disposition.

**THEREFORE,** in accordance with Local Rule 41.1, this case is hereby dismissed without prejudice. The Clerk shall enter the appropriate judgment. This case is closed and shall be removed from the active docket of this Court.

**SO ORDERED** this _2 8_ day of May, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia